John Wiesczchowski, administrator of the estate of Veronica Stankiewicz, deceased, appellee, v. William G. Sell, appellant. Gen. No. 27,691.

Action for damages for death by being struck by an automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

Edward A. Prindiville, for appellant. John Hugh Lally, for appellee; Albert B. Holecek, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Crawford Department Store, appellee, v. D. Peterson Webner, appellant. Gen. No. 27,700.

Action of forcible detainer by a tenant against former lessee whose lease had expired but who claimed verbal permission to remain in possession. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.

C. W. Larsen, for appellant; F. J. Karasek, of counsel. Jacob Allan Cohen, for appellee; Max C. Liss, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Sam Bartosh, appellee, v. Eugene Braslawsky et al., on appeal of Russian American Bureau et al., appellants. Gen. No. 27,752.

Suit for sum of money. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in this court at the March term, 1922. Appeal dismissed. Opinion filed February 19, 1923.

Rosenthal, Kurz & Houlihan, for appellants; Frank Michels, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

## SECOND DISTRICT.

---

C. E. Russell et al., trading as Russell Brothers & Cobb, appellants, v. Milford Canning Company, appellee. Gen. No. 7,136.

Action to recover sale price for corn, alleged to have been planted according to contract. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 24, 1923.

Dyer & Dyer, for appellants. Roscoe C. South, for appellee; Ivory J. Drybread, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.